# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED
08 AUG 12 PM 1:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.



MHP

CR 08  0533

KILAMANJARO BELL



DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. § 841(a)(1), (b)(1)(B) - Distribution of Crack Cocaine

---

A true bill.

_____
Foreman

Filed in open court this 12th day of Aug. 2008

_____
          KAREN L. HOM
JOSEPH C. SPERO          Clerk
UNITED STATES MAGISTRATE JUDGE

Bail, $ no bail arrest warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 841(a)(1) -- Distribution of Crack Cocaine

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Mandatory minimum five years imprisonment; maximum 40 years imprisonment; mandatory minimum four years supervised release; maximum lifetime supervised release; maximum $2 million fine; mandatory $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ KILAMANJARO BELL

**DISTRICT COURT NUMBER**
CR 08 0533

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DREW CAPUTO

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

Case 3:08-cr-00533-MHP   Document 1   Filed 08/12/2008   Page 3 of 4

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

FILED
08 AUG 12 PM 1:57
RICHARD W. ...
CLERK, U.S. DIST...
NORTHERN D...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 08 - 0533

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | VIOLATION: Title 21, United States Code, Section 841(a)(1), (b)(1)(B) – Distribution of Crack Cocaine |
| v. | ) | |
| KILAMANJARO BELL, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about April 21, 2008, in the Northern District of California, the defendant,

KILAMANJARO BELL,

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: 5 grams or more of crack cocaine, a mixture and substance which contained cocaine base, in violation of

//
//
//

Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

DATED: 8/12/08                              A TRUE BILL.

*[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: *[signature]* Andrew Caputo )
                      AUSA Caputo

2