1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
7  Facsimile: (415) 436-7234
   Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**

AUG 1 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**MHP**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08    0533 |
| Plaintiff, ) | UNITED STATES' MOTION TO SEAL INDICTMENT AND [PROPOSED] ORDER |
| v. ) | |
| KILAMANJARO BELL, ) | |
| Defendant. ) | |

The government hereby moves the Court for an order sealing the indictment, this motion, and the Court's sealing order until further order of the Court. The United States is concerned that if the indictment were to become public prior to Bell's arrest, it might compromise the Federal Bureau of Investigation's discharge of its responsibilities in this case.

DATED: August 12, 2008          Respectfully submitted,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney



*Andrew Caputo*
_____
ANDREW P. CAPUTO
Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the indictment, this motion, and this sealing order shall be sealed until further order of the Court. This sealing order shall not prevent the Clerk from providing copies of the aforementioned documents to the United States upon request of an attorney for the United States.

DATED: August 12, 2008

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

2