JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7004
   Facsimile: (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0533 MHP |
|     Plaintiff, ) | UNITED STATES' MOTION TO UNSEAL AND [PROPOSED] ORDER |
|   v. ) | |
| KILAMANJARO BELL, ) | |
|     Defendant. ) | |

    The United States respectfully moves for an order unsealing this matter. At the government's request, the Court issued a sealing order when the above-captioned indictment was returned by the grand jury. Since the arrest warrant has been executed and defendant appeared before the Court this morning for his initial appearance, the United States requests that the Court unseal all papers and proceedings in this case.

DATED: August 14, 2008                Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

MOTION TO UNSEAL AND ~~PROPOSED~~ ORDER
CR 08-0533 MHP

          /s/
ANDREW P. CAPUTO
Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that this matter shall be unsealed.

DATED: August 14, 2008

JOSEPH C. SPERO
United States Magistrate Judge

MOTION TO UNSEAL AND PROPOSED ORDER
CR 08-0533 MHP

2