rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 1 min | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Karen L. Hom | REPORTER/FTR FTR 9:40-9:41 | |
| MAGISTRATE JUDGE JOSEPH C. SPERO | DATE August 19, 2008 | NEW CASE ☐ | CASE NUMBER CR08-0533 MHP |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT Kilamanjaro Bell | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Jodi Linker | | PD. ☐  RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Erika Frick for Drew Caputo | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Richelle Bracamonte | | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ | PARTIAL PAYMENT ☐ OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☒ OTHER set MHP Date |
| ☒ DETENTION HRG Not held. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME | |

FILED
AUG 19 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | |
|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES ☐  PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|
| ORDER REMOVED TO THE DISTRICT OF | | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 08/22/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: 9:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☒ OTHER Set date before MHP |
| BEFORE HON. Judge Spero | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

ADDITIONAL PROCEEDINGS

KLH, JCS

DOCUMENT NUMBER: