1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone:  (415) 436-7004
7  Fax:  (415) 436-7234
   Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 08-0533 MHP
                                    )
14      Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                    )   ORDER EXCLUDING TIME FROM
15      v.                          )   SPEEDY TRIAL ACT CALCULATION
                                    )   (18 U.S.C. § 3161(h)(8)(A))
16 KILAMANJARO BELL,                )
                                    )
17      Defendant.                  )
                                    )
18

19      With the agreement of the parties, and with the consent of defendant Kilamanjaro Bell,

20 the Court enters this order documenting defendant's exclusion of time under the Speedy Trial

21 Act, 18 U.S.C. § 3161(c)(1), from September 22, 2008, to October 20, 2008.  The parties agree,

22 and the Court finds and holds, as follows:

23      1.     Defendant agreed to an exclusion of time under the Speedy Trial Act.

24 Undersigned counsel for defendant has just substituted into the case and has neither reviewed the

25 discovery he anticipates receiving from defendant's prior counsel nor had the opportunity to

26 discuss the case in detail with defendant.  Failure to grant the requested continuance would

27 unreasonably deny defendant's counsel reasonable time necessary for effective preparation,

28 taking into account the exercise of due diligence, in this case, and is also necessary in the interest

of continuity of counsel, given the recent substitution of counsel in the case.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 22, 2008, to October 20, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on September 22, 2008, the Court ordered that the period from September 22, 2008, to October 20, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: September 23, 2008        /s/
                                 WILLIAM M. GOODMAN
                                 Attorney for Defendant

DATED: September 22, 2008        /s/
                                 ANDREW P. CAPUTO
                                 Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/25/2008                 _____
                                 MARILYN H. PATEL
                                 United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

2