JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0533 MHP |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| KILAMANJARO BELL, ) | |
|     Defendant. ) | |

    With the agreement of the parties, and with the consent of defendant Kilamanjaro Bell, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from October 20, 2008, to November 24, 2008.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant's counsel requested this exclusion in order to allow him time to review discovery recently provided by the United States and to consult with his client about the case.

    2.    Given these circumstances, the Court found that the ends of justice served by

excluding the period from October 20, 2008, to November 24, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

     3. Accordingly, and with the consent of the defendant, at the hearing on October 20, 2008, the Court ordered that the period from October 20, 2008, to November 24, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

     IT IS SO STIPULATED.

DATED: October 20, 2008      _____/s/_____
WILLIAM M. GOODMAN
Attorney for Defendant

DATED: October 20, 2008      _____/s/_____
ANDREW P. CAPUTO
Assistant United States Attorney

     IT IS SO ORDERED.

DATED: \_11/14/2008\_\_\_      _____
MARILYN HALL PATEL
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*