JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7004
   Fax:  (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0533 MHP |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| KILAMANJARO BELL, ) | |
| Defendant. ) | |

    With the agreement of the parties, and with the consent of defendant Kilamanjaro Bell, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from December 8, 2008, to December 22, 2008.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.  During the exclusion period, defendant's counsel intends to consult with his client about potential resolutions of this case.

    2.    Given these circumstances, the Court found that the ends of justice served by

1  excluding the period from December 8, 2008, to December 22, 2008, outweigh the best interest
2  of the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).
3       3.      Accordingly, and with the consent of the defendant, at the hearing on December 8,
4  2008, the Court ordered that the period from December 8, 2008, to December 22, 2008, be
5  excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
6       IT IS SO STIPULATED.

8  DATED: December 10, 2008            _____/s/_____
                                        WILLIAM M. GOODMAN
9                                       Attorney for Defendant

11 DATED: December 8, 2008             _____/s/_____
                                        ANDREW P. CAPUTO
12                                      Assistant United States Attorney

14      IT IS SO ORDERED.

16 DATED:  12/16/2008                   _____
                                        MARILYN H. PATEL
17                                      United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel