AO 245D (Rev. AO 09/11-CAN  04/14) Judgment in Criminal Case of Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| | ) | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) | |
| Kilamanjaro Bell | ) | USDC Case Number: 0971 3:08CR00533-001 MMC |
| | ) | BOP Case Number: DCAN308CR000533-001 |
| | ) | USM Number: 12247-111 |
| | ) | Defendant's Attorney: Randy Sue Pollack |

**THE DEFENDANT:**

☑ admitted guilt to violation of: Charge 1 of the petition filed on February 26, 2014.

☐ was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Commit new federal, state or local crime | 1/16/14 |
| | | |
| | | |
| | | |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Charges 2, 3, 4 of the petition filed on February 26, 2014, were dismissed on motion of the government.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/14/2014
Date of Imposition of Judgment

*[signature: Maxine M. Chesney]*
Signature of Judge

Last Four Digits of Defendant's Soc. Sec. No.: 8950

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
San Francisco, California

The Honorable Maxine M. Chesney
Senior United States District Judge
Name & Title of Judge

5/22/2014
Date Signed

MAO 245B (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case

DEFENDANT: Kilamanjaro Bell  Judgment - Page 2 of 2
CASE NUMBER: 0971 3:08CR00533-001 MMC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 18 months.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____  ☐ am  ☐ pm  on _____ (no later than 2:00 pm).

  ☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☑ at 2:00 pm  ☐ am  ☑ pm  on 6/11/2014 (no later than 2:00 pm).

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL